IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-304
)
KATHLEEN TERRY )

ORDER

AND NOW, this _5th_ day of _June_, 2007, the within motion is granted and it is hereby ORDERED that Indictment No. 05-304 returned by the Federal Grand Jury on September 29, 2005, be and the same is hereby dismissed.

_Donetta W. Ambrose_
UNITED STATES DISTRICT JUDGE

cc: United States Attorney